FILED'07 JUN 15 17:59 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES PATTON,      03-CV-1722-BR

      Plaintiff,     VERDICT

v.

TARGET CORPORATION,

      Defendant.

We, the jury, find:

### CLAIM ONE - Demotion Based on Uniformed Service

1.    A.    Did Plaintiff prove by a preponderance of the evidence that his uniformed service was a substantial factor in Defendant's decision to demote him?

         Answer:   Yes ___  No ___

*If you answered "No" to Question 1.A., do not answer Question 1.B.; Proceed to Question 2.*

     B.    If you answered "Yes" to Question 1.A., did Defendant prove by a preponderance of the evidence that it would have demoted Plaintiff regardless of his uniformed service?

         Answer:   Yes ___  No ___

*Proceed to Question 2.*

1 - VERDICT

**CLAIM TWO - Termination Based on Uniformed Service**

2.    A.    Did Plaintiff prove by a preponderance of the evidence that his uniformed service was a substantial factor in Defendant's decision to terminate him?

           Answer:  Yes \_\_\_  No **X**

*If you answered "No" to Question 2.A., do not answer Question 2.B.; Proceed to Question 3.*

      B.    If you answered "Yes" to Question 2.A., did Defendant prove by a preponderance of the evidence that it would have terminated Plaintiff regardless of his uniformed service?

           Answer:  Yes \_\_\_  No \_\_\_

*Proceed to Question 3.*

**CLAIM THREE - Retaliation**

3.    A.    Did Plaintiff prove by a preponderance of the evidence that his attempt to be reinstated to his former position was a substantial factor in Defendant's decision to terminate him?

           Answer:  Yes **X**  No \_\_\_

*If you answered "No" to Question 3.A., do not answer Question 3.B.; Proceed to Question 4.*

      B.    If you answered "Yes" to Question 3.A., did Defendant prove by a preponderance of the evidence that it would have terminated Plaintiff regardless of his attempt to be reinstated to his former position?

           Answer:  Yes **X**  No \_\_\_

*Proceed to Question 4.*

**CLAIM FOUR - Wrongful Discharge**

4. A. Did Plaintiff prove by a preponderance of the evidence that his uniformed service was a substantial factor in Defendant's decision to terminate him?

   Answer: Yes ___ No _X_

   *Your answer to this question must be the same as your answer to Question 2.A. Proceed to Question 4.B.*

   B. Did Plaintiff prove by a preponderance of the evidence that his attempt to be reinstated to his former position was a substantial factor in Defendant's decision to terminate him?

   Answer: Yes _X_ No ___

   *Your answer to this question must be the same as your answer to Question 3.A.*

*If you answered "No" to Questions 1.A., 2.A., 3.A., 4.A., and 4.B. your Verdict is for Defendant. Do not answer any more questions; your Presiding Juror should date and sign this Verdict.*

**DAMAGES**

*Answer Question 5. only if you answered "No" to any of Questions 1.B., 2.B., and/or 3.B., and/or if you answered "Yes" to Question 4.A. or 4.B. Otherwise, your Verdict is complete; do not answer any more questions; your Presiding Juror should date and sign this Verdict.*

5. What damages, if any, did Plaintiff sustain as a result of Defendant's unlawful conduct?

   A. Amount of economic damages

   1) For lost wages and benefits    $ 12,970

   2) For other economic damages    $ 5,000

   B. Amount of noneconomic damages    $ 67,000

3 - VERDICT

*Answer Question 6. only if you answered "Yes" to Question 4.A. and/or 4.B. Otherwise, your Verdict is complete; do not answer any more questions; your Presiding Juror should date and sign this Verdict.*

6.  Did Plaintiff prove by clear and convincing evidence that punitive damages should be awarded against Defendant?

    Answer:   Yes  ✓    No ___

    If you answered "Yes," what amount of punitive damages do you award?

    Answer:  $ 900,000

*Your Verdict is now complete. Your Presiding Juror should date and sign this Verdict.*

Dated this __15__ day of June, 2007.

_____
Presiding Juror

4 - VERDICT